**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO.:  9:21cv82071

SLO-MLP, L.P., a Delaware Limited
Partnership, the Douglas and Nina
Katsev Revocable Trust dated
July 22, 2008 and the Patrick N. Smith
2004 Living Trust dated October 7, 2004,
as amended,

        Plaintiffs,

v.

MEMORIAL DEVELOPMENT, LLC,
a Delaware Limited Liability Company,
Charles Everhardt, an individual, and
EF Trust, LLC, a Delaware Limited
Liability Company,

        Defendants,        /

## COMPLAINT FOR DAMAGES

Plaintiffs, SLO-MLP, L.P., a Delaware Limited Partnership, The Douglas and Nina Katsev Revocable Trust dated July 22, 2008, and the Patrick N. Smith 2004 Living Trust dated October 7, 2004, hereby sue Defendants Memorial Development, LLC, a Delaware Limited Liability Company, Charles Everhardt, individually and EF Trust, LLC, a Delaware Limited Liability Company and allege as follows:

### STATEMENT OF JURISDICTION AND VENUE

1. This Court has jurisdiction over this action based on diversity of jurisdiction pursuant to 28 U.S.C. §1332 as complete diversity exists between the parties and the amount in controversy exceeds $75,000.00.

1

2. Venue is appropriate in this Court pursuant to 28 U.S.C. §1391(b)(2) and (c)(2) because the events giving rise to the claim occurred in the Southern District of Florida in Palm Beach County and the Defendants reside in Palm Beach County, Florida.

3. The Court has personal jurisdiction over the Defendants because each has breached one or more contracts in Palm Beach County, Florida and each defendant either resides or maintains an office in Palm Beach County, Florida.

## ALLEGATIONS COMMON TO ALL COUNTS

4. Plaintiff, SLO-MLP, L.P. ("SLO-MLP") is a Limited Partnership organized under the laws of the State of Delaware. SLO-MLP's partners are citizens of the State of California.

5. Plaintiff, The Douglas and Nina Katsev Revocable Trust dated July 22, 2008 ("Katsev Trust") is a citizen of the State of California because the Trustee is a citizen of the State of California.

6. Plaintiff, the Patrick N. Smith 2004 Living Trust dated October 7, 2004 ("Smith Trust") is a citizen of the State of California because the Trustee is a citizen of the State of California.

7. Defendant, Memorial Development, LLC ("Memorial") is a Limited Liability Company organized under the laws of the State of Delaware with its principal place of business in Palm Beach County, Florida.

8. Defendant, Charles Everhardt ("Everhardt") was at all times relevant to this action, and continues to be, a resident of Palm Beach County, Florida within the jurisdiction of this Honorable Court and is otherwise *sui juris*.

9. Defendant, EF Trust, LLC ("EF Trust") is a Limited Liability Company organized under the laws of the State of Delaware and is registered and authorized to be do business in the State of Florida since 2020.

10. On May 26, 2021, Plaintiff SLO-MLP and Defendant Memorial executed and delivered a Promissory Note in the amount of six hundred ten thousand dollars ($610,000.00) (the "SLO-MLP Note #1). *A true and correct copy of this Promissory Note is attached hereto as Composite Exhibit "A."*

11. On May 27, 2021, Defendants Everhardt and EF Trust executed an Irrevocable Guaranty Agreement in favor of SLO-MLP in the amount of six hundred ten thousand dollars ($610,000.00) to guarantee the SLO-MLP Note #1. *A true and correct copy of the Irrevocable Guaranty Agreement is attached hereto as Composite Exhibit "A."*

12. On May 26, 2021, Plaintiff, Katsev Trust and Defendant Memorial executed and delivered a Promissory Note in the amount of six hundred ten thousand dollars ($610,000.00) (the "Katsev Trust Note"). *A true and correct copy of this Promissory Note is attached hereto as Composite Exhibit "A."*

13. On May 27, 2021, Defendants Everhardt and EF Trust executed an Irrevocable Guarantee Agreement in favor of The Katsev Trust in the amount of six hundred ten thousand dollars ($610,000) to guarantee the Katsev Trust Note. *A true and correct copy of the Irrevocable Guaranty Agreement is attached hereto as Composite Exhibit "A."*

14. On June 17, 2021, Plaintiff SLO-MLP and Defendant Memorial executed and delivered a Promissory Note in the amount of one hundred fifty two thousand five hundred dollars

($152,500.00) (the "SLO-MLP Note #2). *A true and correct copy of this Promissory Note is attached hereto as Composite Exhibit "A."*

15.   On June 17, 2021, Defendants Everhardt and EF Trust executed an Irrevocable Guaranty Agreement in favor of SLO-MLP in the amount of one hundred fifty two thousand five hundred dollars ($152,500.00) to guarantee the SLO-MLP Note #2. *A true and correct copy of the Irrevocable Guaranty Agreement is attached hereto as Composite Exhibit "A."*

16.   On June 16, 2021, Plaintiff Smith Trust and Defendant Memorial executed and delivered a Promissory Note in the amount of one hundred fifty two thousand five hundred dollars ($152,500.00) (the "Smith Trust Note"). *A true and correct copy of this Promissory Note is attached hereto as Composite Exhibit "A."*

17.   On June 17, 2021, Defendants Everhardt and EF Trust executed an Irrevocable Guaranty Agreement in favor of the Smith Trust in the amount three hundred five thousand dollars ($305,000.00) to guarantee the Smith Trust Note. *A true and correct copy of the Irrevocable Guaranty Agreement is attached hereto as Composite Exhibit "A."*

18.   Memorial is in default under SLO-MLP Note #1 pursuant to Paragraph 10(a) of the Note.

*19.*   On September 30, 2021, the undersigned law firm sent Memorial a Notice of Default and Opportunity to Cure pursuant to Paragraph 12 of the SLO-MLP Note #1. *A true and correct copy of the Notice of Default is attached hereto as Composite Exhibit "B."*

*20.* Defendants Everhardt and EF Trust are in breach of the Irrevocable Guarantee Agreement they executed in favor of SLO-MLP. The undersigned law firm has demanded payment pursuant to this Guarantee.

*21.* Memorial is in default under the Katsev Trust Note pursuant to Paragraph 10(a) of the Note.

*22.* On September 30, 2021, the undersigned law firm sent Memorial a Notice of Default and Opportunity to Cure pursuant to Paragraph 12 of the Katsev Trust Note. *A true and correct copy of the Notice of Default is attached hereto as Composite Exhibit "B."*

*23.* Defendants Everhardt and EF Trust are in breach of the Irrevocable Guarantee Agreement they executed in favor of the Katsev Trust. The undersigned law firm has demanded payment pursuant to this Guarantee.

*24.* Memorial is in default under SLO-MLP Note #2 pursuant to Paragraph 10(a) of the Note.

*25.* On September 30, 2021, the undersigned law firm sent Memorial a Notice of Default and Opportunity to Cure pursuant to Paragraph 12 of the SLO-MLP Note #2. *A true and correct copy of the Notice of Default is attached hereto as Composite Exhibit "B."*

*26.* Defendants Everhardt and EF Trust are in breach of the Irrevocable Guarantee Agreement they executed in favor of SLO-MLP. The undersigned law firm has demanded payment pursuant to this Guarantee.

*27.*     Memorial is in default under the Smith Trust Note pursuant to Paragraph 10(a) of the Note.

*28.*     On September 30, 2021, the undersigned law firm sent Memorial a Notice of Default and Opportunity to Cure pursuant to Paragraph 12 of the Smith Trust Note.  *A true and correct copy of the Notice of Default is attached hereto as Composite Exhibit "B."*

*29.*     Defendants Everhardt and EF Trust are in breach of the Irrevocable Guarantee Agreement they executed in favor of the Smith Trust.  The undersigned law firm has demanded payment pursuant to this Guarantee.

### COUNT I – BREACH OF SLO-MLP NOTE #1 AGAINST MEMORIAL

30.     Plaintiffs re-allege Paragraphs 1 through 29 and allege this Count I against Memorial.

31.     On May 26, 2021, Plaintiff SLO-MLP and Defendant Memorial executed and delivered SLO-MLP Note #1 in the amount of six hundred ten thousand dollars ($610,000.00).

32.     Plaintiff SLO-MLP owns and holds the Note.

33.     Memorial is in default under the Note pursuant to Paragraph 10(a) of the Note.

34.     Memorial has failed to pay the note when due, and thus SLO-MLP has been damaged.

35.     Memorial owes Plaintiff SLO-MLP the sum of one million two hundred eighty-nine thousand two hundred eight dollars and 07/100 ($1,289,208.07)) that is due with interest since October 6, 2021 on the Note.

**WHEREFORE**, Plaintiff SLO-MLP demands judgment for damages against defendant Memorial, including pre and post judgment interest and attorneys' fees, and for such other and further relief as the Court deems just and proper.

### COUNT II – BREACH OF THE KATSEV TRUST NOTE AGAINST MEMORIAL

36. Plaintiffs re-allege Paragraphs 1 through 29 and allege this Count II against Memorial.

37. On May 26, 2021, Plaintiff Katsev Trust and Defendant Memorial executed and delivered the Katsev Trust Note in the amount of six hundred ten thousand dollars ($610,000.00).

38. Plaintiff Katsev Trust owns and holds the Note.

39. Memorial is in default under the Note pursuant to Paragraph 10(a) of the Note.

40. Memorial has failed to pay the note when due, and thus Katsev Trust has been damaged.

41. Memorial owes Plaintiff Katsev Trust the sum of one million one hundred forty-one thousand four hundred fifty one dollars and 75/100 ($1,141,451.75)) that is due with interest since October 6, 2021 on the Note.

**WHEREFORE**, Plaintiff Katsev Trust demands judgment for damages against defendant Memorial, including pre and post judgment interest and attorneys' fees, and for such other and further relief as the Court deems just and proper.

### COUNT III – BREACH OF SLO-MLP NOTE #2 AGAINST MEMORIAL

42. Plaintiffs re-allege Paragraphs 1 through 29 and allege this Count III against Memorial.

43. On June 17, 2021, Plaintiff SLO-MLP and Defendant Memorial executed and delivered SLO-MLP Note #2 in the amount of one hundred fifty two thousand five hundred dollars ($152,500.00).

44. Plaintiff SLO-MLP owns and holds the Note.

45. Memorial is in default under the Note pursuant to Paragraph 10(a) of the Note.

46. Memorial has failed to pay the note when due and thus SLO-MLP has been damaged.

47. Memorial owes Plaintiff SLO-MLP the sum of three hundred twenty three thousand nine hundred forty one dollars and 73/100 ($323,941.73)) that is due with interest since October 6, 2021 on the Note.

**WHEREFORE**, Plaintiff SLO-MLP demands judgment for damages against defendant Memorial, including pre and post judgment interest and attorneys' fees, and for such other and further relief as the Court deems just and proper.

**COUNT IV – BREACH OF SMITH TRUST NOTE AGAINST MEMORIAL**

48. Plaintiffs re-allege Paragraphs 1 through 29 and allege this Count IV against Memorial.

49. On June 17, 2021, Plaintiff Smith Trust and Defendant Memorial executed and delivered the Smith Trust Note in the amount of one hundred fifty two thousand five hundred dollars ($152,500.00).

50. Plaintiff Smith Trust owns and holds the Note.

51. Memorial is in default under the Note pursuant to Paragraph 10(a) of the Note.

52. Memorial has failed to pay the note when due, and thus Smith Trust has been damaged.

53. Memorial owes Plaintiff Smith Trust the sum of three hundred twenty three thousand nine hundred forty one dollars and 73/100 ($323,941.73)) that is due with interest since October 6, 2021 on the Note.

**WHEREFORE**, Plaintiff Smith Trust demands judgment for damages against defendant Memorial, including pre and post judgment interest and attorneys' fees, and for such other and further relief as the Court deems just and proper.

### COUNT V – BREACH OF EVERHARDT AND EF TRUST GUARANTEE OF SLO-MLP NOTE #1

54. Plaintiffs re-allege Paragraphs 1 through 29 and allege this Count V against Defendants Everhardt and EF Trust.

55. On May 27, 2021, Defendants Everhardt and EF Trust executed an Irrevocable Guaranty Agreement in favor of SLO-MLP in the amount of Six Hundred Ten Thousand Dollars ($610,000.00) to guarantee the SLO-MLP Note #1.

56. Defendants Everhardt and EF Trust breached the Irrevocable Guarantee Agreement they executed in favor of SLO-MLP.

57. Plaintiff SLO-MLP has suffered damages as a result of Everhardt and EF Trust's Breach of the Irrevocable Guarantee Agreement.

**WHEREFORE**, Plaintiff SLO-MLP demands judgment for damages against defendants, Everhardt and EF Trust, jointly and severally, including pre and post judgment interest and attorneys' fees, and for such other and further relief as the Court deems just and proper.

### COUNT VI – BREACH OF EVERHARDT AND EF TRUST GUARANTEE OF KATSEV TRUST NOTE

58. Plaintiffs re-allege Paragraphs 1 through 29 and allege this Count VI against Defendants Everhardt and EF Trust.

59. On May 27, 2021, Defendants Everhardt and EF Trust executed an Irrevocable Guaranty Agreement in favor of Katsev Trust in the amount of Six Hundred Ten Thousand Dollars ($610,000.00) to guarantee the Katsev Trust Note.

60. Defendants Everhardt and EF Trust breached the Irrevocable Guarantee Agreement they executed in favor of Katsev Trust.

61. Plaintiff Katsev Trust has suffered damages as a result of Everhardt and EF Trust's Breach of the Irrevocable Guarantee Agreement.

**WHEREFORE**, Plaintiff Katsev Trust demands judgment for damages against defendants, Everhardt and EF Trust, jointly and severally, including pre and post judgment interest and attorneys' fees, and for such other and further relief as the Court deems just and proper.

### COUNT VII – BREACH OF EVERHARDT AND EF TRUST GUARANTEE OF SLO-MLP NOTE #2

62. Plaintiffs re-allege Paragraphs 1 through 29 and allege this Count VII against Defendants Everhardt and EF Trust.

63. On June 17, 2021, Defendants Everhardt and EF Trust executed an Irrevocable Guaranty Agreement in favor of SLO-MLP in the amount of one hundred fifty two thousand five hundred dollars and 00/100 ($152,500.00) to guarantee the SLO-MLP Note 2.

64. Defendants Everhardt and EF Trust breached the Irrevocable Guarantee Agreement they executed in favor of SLO-MLP.

65. Plaintiff SLO-MLP has suffered damages as a result of Everhardt and EF Trust's Breach of the Irrevocable Guarantee Agreement.

**WHEREFORE**, Plaintiff SLO-MLP demands judgment for damages against defendants, Everhardt and EF Trust, jointly and severally, including pre and post judgment interest and attorneys' fees, and for such other and further relief as the Court deems just and proper.

### COUNT VIII – BREACH OF EVERHARDT AND EF TRUST GUARANTEE OF SMITH TRUST NOTE

66. Plaintiffs re-allege Paragraphs 1 through 29 and allege this Count VIII against Defendants Everhardt and EF Trust.

67. On June 17, 2021, Defendants Everhardt and EF Trust executed an Irrevocable Guaranty Agreement in favor of Smith Trust in the amount of three hundred five thousand dollars and 00/100 ($305,000.00) to guarantee the Smith Trust Note.

68. Defendants Everhardt and EF Trust breached the Irrevocable Guarantee Agreement they executed in favor of Smith Trust.

69. Plaintiff Smith Trust has suffered damages as a result of Everhardt and EF Trust's Breach of the Irrevocable Guarantee Agreement.

**WHEREFORE**, Plaintiff Smith Trust demands judgment for damages against defendants, Everhardt and EF Trust, jointly and severally, including pre and post judgment interest and attorneys' fees, and for such other and further relief as the Court deems just and proper.

## DEMAND FOR ATTORNEYS' FEES AND COSTS

The Plaintiffs have retained the undersigned law firm to bring this action and in that regard have agreed to pay reasonable fees and costs for services rendered.  Paragraph 11 of each Promissory Note attached hereto as Composite Exhibit "A" provides the respective Plaintiffs with an entitlement to an award of attorneys' fees in connection with enforcement of Plaintiffs' rights under the Promissory Notes.  Plaintiffs exercise that entitlement and demand an award of attorneys' fees and costs.

Dated:  November 15, 2021

Respectfully submitted,

DICKINSON WRIGHT PLLC
350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, Florida 33301
Phone: (954) 991-5420
Fax: (844) 670-6009

/s/ H. Steven Vogel, Esq.
H. Steven Vogel, Esq.
Florida Bar No. 432784
HVogel@dickinson-wright.com

4881-3314-0482 v1 [56470-35]